UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MICHAEL E. WITT, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GRAND DESIGN RV, LLC and DONALD CLARK,<br><br>Defendants. | Cause No. |

### INDIVIDUAL AND COLLECTIVE ACTION COMPLAINT

Comes now Plaintiff, Michael E. Witt (hereinafter "Witt"), individually and on behalf of those similarly situated, by his counsel brings this action against the Defendants, Grand Design RV, LLC, (hereinafter "Grand") and Donald Clark, (hereinafter "Clark"), as a collective action pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. and shows the court as follows:

### A. Jurisdiction and Venue

1. Witt brings this action against Grand and Clark pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 USC §216(b), for overtime pay violations of Grand and Clark.

2. This Court has jurisdiction over Witt's claims as his FLSA claims raise a question of federal law, 29 USC §201, et seq.

3. This Court is the appropriate venue for this cause of action pursuant to 28 U.S.C. §1391.

*THE LAW OFFICE OF*
*ROBERT J. HUNT, LLC*
1905 South New Market St., Suite 168
Carmel, IN   46032
(317) 743-0614
Fax (317) 743-0615

### B. Parties.

4. Witt is a citizen and resident of the State of North Carolina, and is domiciled in Mars Hill, North Carolina.

5. Grand is an Indiana limited liability company, that is duly authorized to do business in Indiana and has its principal place of business in Middlebury, Elkhart County, Indiana.

6. Clark is the President of Grand, residing in Indiana, who had, and has, significant ownership interests, exercises day-to-day control of operations, and is involved in the supervision and payment of employees rendering him liable for FLSA violations as Witt's employer.

### C. Fair Labor Standards Act Coverage.

7. At all times hereinafter mentioned, Grand and Clark have been an enterprise within the meaning of Section 3(r) of the FLSA, 29 U.S.C. § 203(r).

8. At all times hereinafter mentioned, Grand and Clark have been an enterprise which is engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1) of the FLSA, 29 U.S.C. § 203(s)(1), in that the enterprise has had employees engaged in commerce or in the production of goods for commerce, or employees handling, selling or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that the enterprise has had and has an annual gross volume of sales which were made or business which was done of not less than Five hundred thousand dollars ($500,000.00).

9. At all times hereinafter mentioned, Witt was an employee engaged in commerce.

*THE LAW OFFICE OF*
*ROBERT J. HUNT, LLC*
1905 South New Market St., Suite 168
Carmel, IN   46032
(317) 743-0614
Fax (317) 743-0615

### D. Facts.

10. Witt was until June 23rd of 2022 and had been for more than the previous three years, employed as a Service Response Team technician by Grand and Clark.

11. During the period of Witt's employment with them, Grand and Clark have misclassified Lane as an employee who was exempt from the provisions of the FLSA and have failed and refused to pay Witt overtime compensation for all hours which Witt worked, in excess of forty hours per week.

12. Grand and Clark have intentionally and knowingly violated Witt's right to earned wages through illegal practices regarding wages and overtime compensation.

13. In Witt's case, Grand and Clark have failed and refused to make a payment of accrued wages, at the overtime rate required by federal law.

14. Witt brings this action as a result of his not being paid overtime compensation as required by law.

15. Grand and Clark violated the FLSA's overtime payment provisions when they did not pay Witt the required overtime premium for his hours worked over 40 in a work week.

16. Witt seeks all available damages, including unpaid wages, unpaid overtime compensation, liquidated damages, payment of reasonable attorney's fees, costs and expenses, and any and all other damages to which he may be entitled for Grand's and Clark's violations of the FLSA.

17. Grand and Clark operate a business manufacturing and selling recreational vehicles and providing warranty service and repairs on such vehicles throughout the United States.

*THE LAW OFFICE OF*
*ROBERT J. HUNT, LLC*
1905 South New Market St., Suite 168
Carmel, IN   46032
(317) 743-0614
Fax (317) 743-0615

18. Grand and Clark employ, or have employed, Service Repair Team technicians, including Witt, to provide such warranty repair service throughout the United States.

19. Grand and Clark have, for more than the past three years, employed Witt as such a Service Repair technician.

20. Throughout Witt's employment with Grand and Clark, Witt was paid on a salary basis.

21. Grand and Clark paid all of their Service Repair Team technicians on a salary basis.

22. Witt was not exempt from the overtime provisions of the FLSA during his employment with Grand and Clark.

23. During his employment with Grand and Clark, Witt regularly worked in excess of forty (40) hours in a single workweek, specifically including, but not limited to, during the work week from June 12, 2022 through June 18, 2022.

24. During Witt's employment, and the employment of those similarly situated, with Grand and Clark, Grand and Clark did not pay Witt, and those similarly situated, for all compensable hours worked and thus, did not pay Witt and those similarly situated the overtime premium for all their hours worked in excess of forty (40) hours in a single workweek.

25. Grand's and Clark's common policy and practice as applied to Witt and others similarly situated is as follows:

    A. All Service Repair Team technicians, including Witt, performed the same type of work and had the same job duties in their employment with Grand and Clark;

*THE LAW OFFICE OF*
*ROBERT J. HUNT, LLC*
1905 South New Market St., Suite 168
Carmel, IN   46032
(317) 743-0614
Fax (317) 743-0615

B. All Service Repair Team technicians employed by Grand and Clark, including Witt, are paid for their work on a salary basis;

C. All Service Repair Team technicians regularly worked hours in excess of 40 in a single work.

D. All Service Repair Team technicians working for Grand and Clark were not exempt from the coverage of the FLSA

E. All Service Repair Team technicians working for Grand and Clark were not paid for work in excess of forty (40) hours per week at the required overtime premium rate.

26. As a result of this common practice and policy that Grand and Clark applied to all Service Repair Team technicians that they employed, Grand and Clark violated the overtime provisions of the FLSA because they failed to compensate Witt, and those similarly situated, for all overtime hours worked at a rate of one and one-half times their regular rate of pay.

27. Grand and Clark failed to keep accurate records of all the time actually worked by Witt and those similarly situated in direct violation of the FLSA.

*E. Collective Action Factual Allegations.*

28. Witt, on behalf of himself and on behalf of all other employees of Grand and Clark similarly situated, brings unpaid overtime claims as a collective action pursuant to 29 U.S.C. § 216(b).

29. Witt, as well as all current and former Service Repair Team technicians of Grand and Clark (or their functional equivalents) (hereinafter referred to as "Members of the Class"), do not perform work that qualifies them as exempt from the overtime provisions of

*THE LAW OFFICE OF*
*ROBERT J. HUNT, LLC*
1905 South New Market St., Suite 168
Carmel, IN   46032
(317) 743-0614
Fax (317) 743-0615

the FLSA.

30. Grand and Clark's Service Repair Team technicians all perform similar job duties and are subject to the same work rules, policies and procedures.

31. Witt, as well as Members of the Class, pursuant to Grand and Clark's stated policy were, and are, not paid the overtime premium for all hours worked in excess of forty (40) in a single workweek.

32. Grand and Clark have, or have had, a common practice and policy of refusing to count as hours worked all time Service Repair Team technicians spend performing compensable activities.

33. Grand and Clark's failure to pay the overtime premium as required by the FLSA results from a policy or practice applicable to Witt and the Members of the Class. Application of this policy or practice does not depend on the personal circumstances of Witt or those joining the lawsuit. Rather, the same policy or practice that resulted in nonpayment of overtime wages to Witt applied to all Members of the Class. Accordingly, the class is properly defined as:

> **All current, and former, Service Repair Team technicians (or their functional equivalents) employed by Grand Design RV, LLC and/or Donald Clark.**

34. Grand and Clark knowingly, willfully, or with reckless disregard carried out their illegal policy or practice of failing to pay the overtime premium required by the FLSA with respect to Witt and Members of the Class.

35. During the relevant time period, Grand and Clark have violated, and are violating, the provisions of 29 U.S.C. § 207 by failing to comply with the overtime requirements of the FLSA.

*THE LAW OFFICE OF*
*ROBERT J. HUNT, LLC*
1905 South New Market St., Suite 168
Carmel, IN   46032
(317) 743-0614
Fax (317) 743-0615

36. Grand and Clark have acted intentionally, willfully, or with reckless disregard to the rights of Witt and Members of the Class, as protected by the FLSA.

### *F. Prayer for Relief.*

WHEREFORE, Witt requests that this Court enter judgment against Grand and Clark and award relief as follows:

a. An Order, pursuant to Section 16(b) of the FLSA, finding Grand and Clark liable for unpaid back wages due to Witt (and those who have joined the lawsuit), in addition to liquidated damages equal in amount to the unpaid compensation due to Witt (and those who have joined the lawsuit);

b. An Order awarding costs of this action;

c. An Order awarding Witt (and those who have joined this action) their reasonable attorney's fees;

e. A Declaration and finding by the Court that Defendants willfully violated provisions of the FLSA by failing to comply with the overtime requirements of the FLSA;

f. An Order granting such other and further relief as may be necessary and appropriate.

                THE LAW OFFICE OF ROBERT J. HUNT, LLC

                By: */s/Robert F. Hunt*
                Robert F. Hunt, Attorney No. 7889-84
                rfh@indianawagelaw.com

                By: */s/Robert J. Hunt*
                Robert J. Hunt, Attorney No. 30686-49
                rob@indianawagelaw.com

                ATTORNEYS FOR PLAINTIFF

*THE LAW OFFICE OF*
*ROBERT J. HUNT, LLC*
1905 South New Market St., Suite 168
Carmel, IN   46032
(317) 743-0614
Fax (317) 743-0615

        1905 South New Market Street, Suite 168
        Carmel, IN 46032
        (317) 743-0614
        (317) 743-0615

*THE LAW OFFICE OF*
*ROBERT J. HUNT, LLC*
1905 South New Market St., Suite 168
 Carmel, IN   46032
(317) 743-0614
Fax (317) 743-0615