UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MICHAEL E. WITT,

    Plaintiff,

v.   CAUSE NO. 3:22-CV-526 DRL-MGG

GRAND DESIGN RV, LLC and DONALD CLARK,

    Defendants.

### ORDER

This matter is before the court on Plaintiff's Motion for Approval of FLSA Settlement. The court has carefully considered the motion and finds that it is made for good cause. Accordingly, the court APPROVES the Settlement Agreement, GRANTS the motion [36], and DIRECTS the clerk to close this case administratively. The administrative closure may be lifted by further order of this court.

SO ORDERED.

September 26, 2023

*s/ Damon R. Leichty*
Judge, United States District Court